# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| Marie Louise and Keith Allan<br>*Plaintiff(s)*<br>v.<br><br>Jacob Joseph LEW<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | **CV 14 3856**    **KAW**<br><br>Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    Jacob Joseph LEW; 1500 Pennsylvania Avenue NW; city of Washington, District of Columbia; [20220]

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Marie Louise and Keith Allan
2520 Wentworth Drive
South San Francisco, California. [94080]

NOTE: This summons is issued pursuant to Rule 4 of the Federal Rules of Civil Procedure

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**RICHARD W. WIEKING**

CLERK OF COURT

Date: AUG 2 6 2014

**ANNA SPRINKLES**

*Signature of Clerk or Deputy Clerk*