1  Name: MARIE JONES SMITH
2  Address: 2520 WENTWORTH DRIVE
3  SOUTH SAN FRANCISCO CA 94080
4  Phone Number: 415-370-1336
5  E-mail Address: mariejsmit@comcast.net
6  Pro Se

FILED
2014 SEP 18 A 11:00
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

MARIE LOUISE
KEITH ALLAN
        Plaintiff(s),
    vs.
JACOB JOSEPH LEW
        Defendant(s).

Case Number: 14-CV-3856-KAW

NOTICE OF VOID JUDGMENT

# NOTICE OF VOID JUDGMENT

**Notice to Agent is Notice to Principal**
**Notice to Principal is Notice to Agent**

To: KINECTA FEDERAL CREDIT UNION; ALPERT, BARR & GRANT, APLC C/O MARK S. BLACKMAN

Re: 2520 Wentworth Drive, South San Francisco, CA 94080

Notice is hereby given that the Judgment of September 9, 2014, case number CLJ209885, between KINECTA FEDERAL CREDIT UNION and Marie Jones-Smith, et al is void. Pre Judgment Claim of Right of Possession Complaint court stamped July 25, 2014 was timely Refused for Cause on August 25, 2014 and received by the Clerk of Superior Court of California County of San Mateo on August 25, 2014.

# ACTUAL AND CONSTRUCTIVE NOTICE

The aforesaid entities KINECTA FEDERAL CREDIT UNION; ALPERT, BARR & GRANT, APLC C/O MARK S. BLACKMAN are expressly directed to CEASE and DESIST any further duties and actions under any circumstances from hence forth. Any continued actions of any nature against the property described above may result in legal actions being taken.

_Marie Jones-Smith_
Marie Jones-Smith
All Rights Reserved
Without Prejudice

_Sept 17, 2014_
Date

# CALIFORNIA ALL-PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

State of California

County of _SAN FRANCISCO_

On _SEPT 17, 2014_ before me, _GUNVANT PATEL, NOTARY PUBLIC_,
(Here insert name and title of the officer)

personally appeared _MARLO JONES SMITH_,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_[signature]_

Signature of Notary Public  _GUNVANT PATEL_

(Notary Seal)

GUNVANT PATEL
COMM. # 1911221
NOTARY PUBLIC • CALIFORNIA
San Francisco County
Commission Expires OCTOBER 30, 2014

---

## ADDITIONAL OPTIONAL INFORMATION

### DESCRIPTION OF THE ATTACHED DOCUMENT

_NOTICE OF VOID_
(Title or description of attached document)

_JUDGEMENTS_
(Title or description of attached document continued)

Number of Pages _2_  Document Date _____

(Additional information)

### CAPACITY CLAIMED BY THE SIGNER
- [x] Individual(s)
- [ ] Corporate Officer
  _____
  (Title)
- [ ] Partner(s)
- [ ] Attorney-in-Fact
- [ ] Trustee(s)
- [ ] Other _____

### INSTRUCTIONS FOR COMPLETING THIS FORM

Any acknowledgment completed in California must contain verbiage exactly as appears above in the notary section or a separate acknowledgment form must be properly completed and attached to that document. The only exception is if a document is to be recorded outside of California. In such instances, any alternative acknowledgment verbiage as may be printed on such a document so long as the verbiage does not require the notary to do something that is illegal for a notary in California (i.e. certifying the authorized capacity of the signer). Please check the document carefully for proper notarial wording and attach this form if required.

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they,- is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  ❖ Indicate title or type of attached document, number of pages and date.
  ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document

2008 Version CAPA v12.10.07 800-873-9865 www.NotaryClasses.com