United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE LOUISE, et al.,<br><br>         Plaintiffs,<br><br>   v.<br><br>JACOB JOSEPH LEW,<br><br>         Defendant. | Case No.  14-cv-03856-KAW<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

   Pro se plaintiffs Marie Louise and Keith Allan ("Plaintiffs") commenced the above-captioned case on August 26, 2014.  (Compl., Dkt. No. 1.)

   Federal Rule of Civil Procedure 4(m) provides that "[i]f a defendant is not served 120 days after the complaint is filed, the court . . . must dismiss the action without prejudice against the defendant . . . ."  In this case, the deadline for service of the summons and complaint was December 24, 2014.  As of the filing of this order, however, Plaintiffs have not filed a certificate of service indicating that the defendant has been served.

   Accordingly, the Court hereby orders Plaintiffs to show cause why this case should not be dismissed for failure to prosecute.  Plaintiffs shall file a written response to this order to show cause by January 26, 2015.  Failure to file a response to this order may result in dismissal of this action.

   **IT IS SO ORDERED**.

Dated: 01/07/2015

_____
KANDIS A. WESTMORE
United States Magistrate Judge