UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE LOUISE, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>JACOB JOSEPH LEW,<br><br>    Defendant. | Case No. 14-cv-03856-WHO<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 8 |

    I have reviewed Magistrate Judge Westmore's February 23, 2015 report and recommendation that this case be dismissed without prejudice for failure to prosecute. Dkt. No. 8. After the plaintiffs failed to serve the complaint by the appropriate deadline, Judge Westmore ordered them to show cause why the case should not be dismissed for failure to prosecute. The plaintiffs did not file service of process or a response to the order to show cause, so Judge Westmore recommended that the case be dismissed. No party objected to the report and recommendation within 14 days as required under 28 U.S.C. § 636 and Federal Rule of Civil Procedure 72.

    Judge Westmore's report and recommendation is ADOPTED, and the complaint is DISMISSED without prejudice.

    **IT IS SO ORDERED**.

Dated: March 27, 2015

WILLIAM H. ORRICK
United States District Judge